## STEVENSON *v.* BARBOUR.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF KENTUCKY.

No. 304. Argued and submitted April 14, 1891. — Decided April 20, 1891.

There being no assignment of errors and no specification of errors, and the record presenting no question of law, the judgment below is affirmed.

THE case is stated in the opinion.

*Mr. J. G. Carlisle* for plaintiff in error submitted on his brief.

*Mr. Orrin B. Hallam* for defendant in error.

PER CURIAM. No assignment of errors accompanies the transcript of record in this case, nor is there any specification of the errors relied on in the brief of counsel for plaintiff in error. Moreover, the record presents no question of law calling for the exercise of our right of review. *Fishburn v. Railway Co.*, 137 U. S. 60; *Pacific Express Co. v. Malin*, 132 U. S. 531, 538.

The judgment is *Affirmed.*